**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JIANFEI XIE,

Petitioner,

v.

WARDEN OF DESERT VIEW FACILITY, et al.,

Respondents.

CASE NO. 5:26-cv-06719-SK

**JUDGMENT**

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

DATED: November 11, 2026

STEVE KIM
United States Magistrate Judge